Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| COZY COMFORT COMPANY, LLC  Plaintiff, v. UNITED STATES, Defendant. | S U M M O N S  Court No. 21-00404 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: Los Angeles | Date Protest Filed: 8/26/2020 |
|---|---|
| Protest Number: 2704-20-141606 | Date Protest Denied: 7/12/2021 |
| Importer: Cozy Comfort Company, LLC | |
| Category of Merchandise: textile articles | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9HX-5585266-6 | 07/10/2019 | 04/10/2020 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
301 E. Ocean Blvd., Suite 1400
Long Beach, CA 90802
Address of Customs Port in
Which Protest was Denied

Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 900174
Tel: (213) 630-8888
elon@steinshostak.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| textile articles | 6110.30.3059 | 32% | 6307.90.9891<br>6301.40.0020 | 7%<br>8.5% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Cozy Comfort Company, LLC challenges Customs' reclassification of The Comfy® as a pullover sweater under HTSUS 6110.30.3059.

The issue which was common to all such denied protests:

Whether The Comfy® is a blanket or other textile article.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_Signature of Plaintiff's Attorney_

August 12, 2021
_Date_