UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| COZY COMFORT COMPANY, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | Court No. 21-00404 |

## ORDER

Upon reading plaintiff's motion for a postassignment conference to explore court-annexed mediation; defendant's response in opposition thereto; upon consideration of other papers and proceedings had herein; and upon due deliberation, plaintiff's motion for a postassignment conference is denied. Plaintiff may renew its motion after discovery has been completed. It is hereby

ORDERED that plaintiff's motion be, and hereby is, denied without prejudice.

/s/  Timothy M. Reif
Timothy M. Reif, Judge

Dated: This 26th day of April, 2022.
　　　　New York, New York