THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

---

| | |
|---|---|
| COZY COMFORT COMPANY, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>THE UNITED STATES,<br><br>        Defendant. | Consol. Court No.: 21-00404 |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action with prejudice and those listed on the attached schedule.

Dated: May 26, 2022

By: /s/ Christopher J. Duncan
Christopher J. Duncan
Elon A. Pollack
Stein Shostak Shostak Pollack & O'Hara
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 90017
Tel: (213) 630-8888

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: _____ 6/1/2022
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

BRANDON KENNEDY
Digitally signed by BRANDON KENNEDY
Date: 2022.06.01 09:46:11 -04'00'

BRANDON A. KENNEDY
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-9237
*Attorneys for Defendant*

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00404 | Cozy Comfort Company, LLC | 2704-20-141606 | 9HX-5585266-6 |

## ORDER OF DISMISSAL

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed with prejudice.

Dated: _____

                                      Clerk, U.S. Court of International Trade

                                      By: _____
                                               Deputy Clerk